SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar Number 8264
JACOB H. OPERSKALSKI
Assistant United States Attorney
Nevada Bar No. 14746
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-5063
Email:  Jacob.Operskalski@usdoj.gov
Representing the United States of America
*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ALESSANDRA HORSE,<br><br>    Defendant. | 3:21-cr-00045-MMD-CLB<br><br>**Stipulation to Continue Supplemental Briefing Deadline** |

The parties, by and through the undersigned, respectfully request that the Court extend the deadline for supplemental briefing by one week. This request is based on the following:

1.    On June 17, 2025, the Court ordered in relevant part that: "Parties are to further brief issues discussed in open court. Briefs are due by **June 26, 2025**." ECF No. 67.

2.    Undersigned counsel for the government is scheduled to be out of district the week of June 23-27, 2025, and has a significant amount of other case and investigation-related duties that require attention before and/or after that week. Other government counsel who may otherwise have been able to file this brief are currently attending to other

matters.

3.    Defense counsel has filed a waiver of the preliminary hearing and agrees with this brief requested extension.

Respectfully submitted this 17th day of June, 2025.

SIGAL CHATTAH
United States Attorney
*s/ Jacob H. Operskalski*
JACOB H. OPERSKALSKI
Assistant United States Attorney

*Rohit Rajan*
ROHIT RAJAN
Assistant Federal Public Defender and
counsel for ALESSANDRA HORSE

SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar Number 8264
JACOB H. OPERSKALSKI
Assistant United States Attorney
Nevada Bar No. 14746
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-5063
Email:  Jacob.Operskalski@usdoj.gov
Representing the United States of America
*Representing the United States of America*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:21-cr-00045-MMD-CLB |
| Plaintiff, | **Order Approving Stipulation to Continue Supplemental Briefing Deadline** |
| v. | |
| ALESSANDRA HORSE, | |
| Defendant. | |

Based on the pending stipulation of the parties, and upon the Court's finding of good cause, IT IS HEREBY ORDERED:

The parties shall both file their supplemental briefs on July 3, 2025.

DATED this ___18___ day of ___June___, 2025.

_____
THE HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

3